UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DAVID ERNEST GALLEGOS III,

    Plaintiff,

v.                                                                      Civ. No. 18-100 GJF

NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

THIS MATTER comes before the Court on Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs" ("Motion") [ECF No. 2]. The Court, having reviewed the record and otherwise being fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff may proceed without prepayment of fees or the necessity of giving security therefor. *See* 28 U.S.C. § 1915(a)(1) (2012).

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Federal Rule of Civil Procedure 4(c)(3).

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE